# 01 COMMUNIQUE LABORATORY, INC., Plaintiff–Appellant,

v.

## LOGMEIN, INC., Defendant–Cross Appellant.

### Nos. 2013–1479, 2013–1525.

United States Court of Appeals, Federal Circuit.

June 9, 2014.

Thomas H. Shunk, Baker & Hostetler LLP, of Cleveland, OH, argued for plaintiff-appellant. With him on the brief were John P. Corrado, Kenneth J. Sheehan, A. Neal Seth, and Charles C. Carson, of Washington, DC.

Mark C. Fleming, Wilmer Cutler Pickering Hale and Dorr LLP, of Boston, MA, argued for defendant-cross appellant. With him on the brief were Wayne L. Stoner, Vinita Ferrera and Dana O. Burwell; and Arthur W. Coviello, of Palo Alto, CA.

PROST,* Chief Judge, BRYSON and MOORE, Circuit Judges.

\* Sharon Prost assumed the position of Chief Judge on May 31, 2014.

---

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. See Fed. Cir. R. 36.